```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                      CAMDEN VICINAGE
```

| | |
|---|---|
| FRANKLIN C. SMITH,<br><br>       Plaintiff,<br><br>   v.<br><br>LYONS DOUGHTY & VELDHUIS, P.C.,<br><br>       Defendant. | Civil No. 07-5139 (JHR) |

## SCHEDULING ORDER

This Scheduling Order confirms the directives given to counsel at the scheduling conference pursuant to Rule 16, Federal Rules of Civil Procedure on September 10, 2008; and the Court noting the following appearances: Joseph K. Jones, Esquire, appearing on behalf of the plaintiff; and Gregg S. Kahn, Esquire, appearing on behalf of the defendant.

IT IS this **10th** day of **September, 2008**, hereby **ORDERED**:

1. By **October 31, 2008,** defendant shall produce the documents plaintiff needs to determine the number of potential class members and defendant's net worth.

2. The Court will conduct an in-person settlement conference on **November 13, 2008 at 2:00 p.m**. **A representative of defendant with settlement authority shall be present in-person. A representative of defendant's insurer shall be available by phone.**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER F**ED**. R. C**IV**. P. 16(f).**

```
                              s/ Joel Schneider
                              JOEL SCHNEIDER
                              United States Magistrate Judge
```